1  Name: Susana Velazquez
2  Address: 3741 Sunset LN # A
3  Telephone Phone: 619-782-1022     San Ysidro CA 92173
4  Email: bhogaryn@yahoo.com

**FILED**

Sep 17 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        s/ Alejandralslas        DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Case No.:   **'24CV1659 BEN AHG**
(assigned at time of filing)

Susana Velazquez
Housekeeping department
                          Plaintiff(s),

v.

**COMPLAINT**

Brigette Browning Defendant(s).

I.   **RELATED CASES**

a.   Do you have other Civil Case(s) in this or any other federal court?

☐ Yes     ☒ No

b.   If yes, please list the case numbers here:

II.  **STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

We have decide to sue the Union because it has failed to comply with its obligation. Such as acting in bad faith, having unfair practices, creating close alliances with our employer that harms us. Acted in bad faith and fails to represent us, And have violating the right that our work environment be free of danger, healthy and safe. Since 2018 we had already realized the Union's lack of interest in representing us and their absences were increasingly prolonged. The total abandonment of the Union was on 2020. The Union spoke to us with threats and lies to forced us to return during the reopening of the Coronado hotel, wich was in June 2020 when the pandemic was its peak. That was when the Union abandoned us. It was there that we were dehumanized and were left to our fate. They did not care about our health or our life, We made Brigette Browning aware of the serious conditions of contagion and seriously negligent and brutal conditions in wich we were working and we begged the Union to help us and she didn't want to. She didn't care at all. Some times when she answered she just said " I can't do anything" and that's how it happened. We are alone to this day under the tyranny of our employer left and right. We work in a hostile work environment where favoritism is obscene.

2

**III.    RELIEF YOU REQUEST** *(State exactly what you want the court to do for you.*

*Do not use this space to state the facts of your claim.)*

We want the Union to be investigated, We want the investigation to be clear, fair, and equitable To ensure legal compliance and take legal action against the Union and our employer, For acting in bad faith and make arbitrary decisions, gross negligence as a consequence, all this has left us physically exhausted, We are burn out. It is overwhelming to work there. It is hostile, it is depressing to be in a place where thay have annulled our rights. We would appreciate it if the NLRB did not get involved, We don't trust them.

3

**IV.     DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☐ Yes          ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

9 - 17 - 24
Date

*Signature*

Susana Velazquez
Printed Name

1 | **Attorney:**

2 | **When:**

3 | **Where:**

4 | **How (by telephone, in person, etc.):**

5 |

6 |

7 | **Why attorney was not employed to handle your claim:**

8 |

9 |

10 | **Attorney:**

11 | **When:**

12 | **Where:**

13 | **How (by telephone, in person, etc.):**

14 |

15 |

16 | **Why attorney was not employed to handle your claim:**

17 |

18 |

19 | **Attorney:**

20 | **When:**

21 | **Where:**

22 | **How (by telephone, in person, etc.):**

23 |

24 |

25 | **Why attorney was not employed to handle your claim:**

26 |

27 |

28 |

**I need appointed counsel to assist me because (describe below):**

In recent years we have contacted and searched for countless real lawyers, I swear to you. countless lawyers and not one has wanted to help us. When we mention the Union they immediately tell us that they cannot help us. We search, we call lawyers, we visit community legal agencys, unfair employment and housing. I went to politicians Steve Padilla and David Alvarez. Padilla's office they refused to help me immediately and were very rude. And in Alvarez's office they said they would talk to the Congresswoman about our situation, When I returned back for the answer, they treated me badly, they were indifferent and told me that they could not help me. the that I had to go to Federal Court and that I had to do it by myself and I would also have to know that I would be investigated too. No one, No one absolutely no one wants to help us. That is why now I am here with you as a last resort begging for justice. I am a person without school education and my First language is Spanish, hopefully this will not be an obstacle to understanding our situation

Date _____

Signature _Susana V_____

Printed Name _Susana Velazquez_